JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| MOHAMMAD HADI HEZARDASTAN, | Case No. 5:25-cv-3424-AB-DTB |
|---|---|
| Plaintiffs, | **ORDER DISMISSING CASE AS MOOT** |
| v. | |
| KRISTI NOEM ET. AL., | |
| Defendants. | |

As per the Parties agreement at the hearing conducted before this Court on January 5, 2026, this case is **DISMISSED** as moot.

**IT IS SO ORDERED.**

Dated: January 6, 2026

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1